UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILKERSON, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>HUNTINGTON INGALLS INCORPORATED,<br><br>Defendant. | Case No. 15-cv-02539-WHO   (JSC)<br><br>**ORDER RE: SETTLEMENT PROCESS** |

This action has been referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.  The parties in this case are ordered to do the following:

1. On or before **December 11, 2015** Plaintiff(s) shall make a demand in writing for settlement to Defendant. If Plaintiff has already done so, Plaintiff shall reiterate his/her demand or make a new demand.

2. On or before **January 5, 2016** Defendant shall respond in writing to Plaintiff's demand.

3. Following the exchange of offers and counteroffers, the parties shall negotiate in a good faith attempt to resolve the claims without further court intervention.

4. If the case is not resolved by the negotiations, each party in this case shall prepare Settlement Conference Statements which must be LODGED with Judge Corley's Chambers (NOT electronically filed) on or before **January 16, 2016.**  Please 3-hole punch the document at the left side. Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to JCSPO@cand.uscourts.gov and JSCPO@cand.uscourts.gov.

5. Upon the Court's review of the Statements, the Court will contact the parties as to next steps regarding the settlement process.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge