UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILKERSON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>HUNTINGTON INGALLS INCORPORATED,<br><br>        Defendant. | Case No. 15-cv-02539-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement. Accordingly, this case is DISMISSED WITH PREJUDICE and any scheduled hearings are VACATED. If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date of this Order, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: March 1, 2016



WILLIAM H. ORRICK
United States District Judge